Nebraska
Plantiff

WRIT OF Habeus Corpus Application

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 MAR 23 PM 3:09
OFFICE OF THE CLERK

Lammers Jess T.

Defendant

8:22 CV 106 RECEIVED

MAR 2 3 2022
CLERK
U.S. DISTRICT COURT

---

Jess T. Lammers is being held at Lincoln Regional Center in violation of NRS chapter ? § 314 false imprisonment a 3A felony.

---

The court order Holding MR. Lammers is moot because MR. Lammer Filed A-22-106 appeal with appellant Court of Nebraska. (Fees paid) as Judge marsh tried to stop MR. Lammers by in forma pauperis denial. Moreover pursuant to the State V guatney (1980) Standard MR. Lammers is fit for trial

P1

Pursuant to the State V Guatney (1980) standard MR. Lammers is fit to exercise his 6th amendment Rights.

The 6th amendment is a Right not a priviledge. As described By Corey O'Brien, Judge Marsh, Rick Cahlkins, and NE DHHS Lincoln Regional Center (implied 6th amendment is a priviledge)

Judge Marsh is in violation of Wolf v. Wolf and a Judicial abuse of power does exist. here in.

Jess T. Lammers asks the federal Court to override the Phelps County District Court and order Lincoln Regional Center to immedeatly Release MR. Lammers as MR. Lammers is fit for trial & MR. Lammers is fit to exercise 6th amendment Rights.

p2

the Constitution of this Sovern Nation (USA) is what sets America apart from 270(some) other nations across the globe.

MR. LAMMERS Rights Should not be sublegated because Nebraska attorneys and Judges can't perform their Job duties Correctly.

Again, MR. LAmmers Requests his immediate Release by order of the federal Court which Should superceede a Phelps County District Court Order... Unless the federal Court is corrupt too... Does anyone Read or follow Precedent?

Signed [signature]

0930 HRS
17-March-2022

P.3.

LAMMERS
PO BOX 94949
Lincoln NE 68509

25-11-00

US DC of NE Clerk
111 South 18th Plaza
Ste 1152
Omaha NE 68102

RECEIVED
MAR 23 2022
US DISTRICT COURT

quadient
03/21/2022
US POSTAGE $000.53
FIRST-CLASS MAIL
ZIP 68508
041M12254244

